# EXHIBIT 1

**PAYMENT AGREEMENT**

**$257,998.01**                                                                                  Date: February 19, 2016

For production services already rendered, the undersigned TNA Entertainment (the "Borrower"), at 209 10th Avenue South, Suite 302, Nashville, TN 37203, promises to pay to the order of Audience of One Productions, LLC (the "Lender"), at 5172 Cold Harbor Road, Mechanicsville, VA 23111 (or at such other place as the Lender may designate in writing), the sum of $257,998.43 with no interest. This total is equal to the amount due of $287,000.00 minus $29,001.57 already paid in outstanding invoices to vendors who performed work.

I. **TERMS OF REPAYMENT**
   a. **Payments**
      Unpaid principal after the Due Date shown below shall accrue interest at a rate of 14.99% annually until paid.

      The unpaid principal balance shall be payable in monthly payments, according to the schedule below, beginning on March 18, 2016 and ending on August 15, 2016 (the "Due Date") at which time the remaining unpaid balance shall be due in full.

      | March 18, 2016 | $35,875.00 due |
      | April 18, 2016 | $35,875.00 due |
      | May 16, 2016 | $35,875.00 due |
      | June 17, 2016 | $35,875.00 due |
      | July 18, 2016 | $57,249.22 due |
      | August 15, 2016 | $57,249.21 due |

   b. **Application of Payments**
      All payments on this Agreement shall be applied first in payment of accrued interest and any remainder in payment of principal.
   c. **Late Fee**
      The Borrower promises to pay a late charge of $150.00 for each installment that remains unpaid more than ten (10) days after its Due Date. This late charge shall be paid as liquidated damages in lieu of actual damages, not as a penalty. Payment of such late charge shall, under no circumstances, be construed to cure any default arising from or relating to such late payment.
   d. **Acceleration of Debt**
      If any payment obligation under this Agreement is not paid when due, the remaining unpaid principal balance and any accrued interest shall become due immediately at the option of the Lender.

II. **PREPAYMENT**
   The Borrower reserves the right to prepay this Note (in whole or in part) prior to the Due Date with no prepayment penalty.

III. **COLLECTION COSTS**
   If any payment obligation under this Agreement is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

IV. **DEFAULT**
   If any of the following events of default occur, this Agreement and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:
   1. The failure of the Borrower to pay the principal and any accrued interest when due;
   2. The liquidation, dissolution, incompetency or death of the borrower;
   3. The filing of bankruptcy proceedings involving the Borrower as a debtor
   4. The application for the appointment of a receiver for the Borrower
   5. The making of a general assignment for the benefit of the Borrower's creditors;
   6. The insolvency of the Borrower;

Initials

       7. A misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit; or
       8. The sale of a material portion of the business or assets of the Borrower.

**V. SEVERABILITY OF PROVISIONS**

If any one or more of the provisions of this Agreement are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

**VI. MISCELLANEOUS**

All payments of principal and interest on this Agreement shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this Agreement.

No delay in enforcing any right of the Lender under this Agreement, or assignment by Lender of this Agreement, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of the Lender t6o thereafter insist upon strict compliance with the terms of this Agreement without notice being given to the Borrower. All rights of the Lender under this Agreement are cumulative and may be exercised concurrently or consecutively at the Lender's option.

This Agreement may not be amended without the written approval of the holder.

**VII. GOVERNING LAW**

This Agreement shall be construed in accordance with the laws of the Commonwealth of Virginia.

**VIII. SIGNATURES**

This Agreement shall be signed by Dean Broadhead, CFO, on behalf of TNA Entertainment and Jeff Wade, on behalf of Audience of One Productions, LLC.

[SIGNATURE PAGE FOLLOWS]



Initials

IN WITNESS THEREOF, this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this 12 day of February, 2016 at 299 10th Ave So. Suite 160 Nashville, TN 37203
Borrower: TNA Entertainment
By: _____
Dean Broadhead, CFO

### Acknowledgment of Corporation

STATE OF TENNESSEE, COUNTY OF Davidson

Before me, _____ of the state and county mentioned, personally appeared _____, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged such person to be president (or other officer authorized to execute the instrument) of _____, the within named bargainor, a corporation, and that such president or officer as such _____, executed the foregoing instrument for the purpose therein contained, by personally signing the name of the corporation as _____.

Witness my hand and seal, at office in _____, this _____ day of _____.

_____ (signature)

Notary Public

Printed Name: _____

My Commission Expires: _____

Signed this 19 day of February, 2016 at 9172 Cold Harbor Road, Mechanicsville, VA 23111
Lender: Audience of One Productions, LLC
By: _____
Jeff Wade, Owner, CEO

STATE OF VIRGINIA, COUNTY OF Henrico

The foregoing instrument was acknowledged before me this 19 day of February, 2016 by Jeff Wade (name of acknowledging partner or agent), partner (or agent) on behalf of Audience of One Prod. LL (name of partnership), a partnership.

_____ (signature)

Notary Public

Printed Name: Dana Paige Hannan

My Commission Expires: 11/30/2019

DANA PAIGE HANNAN
NOTARY PUBLIC
REG. #7645269
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOV 30 2019

Initials _____