# EXHIBIT 2

| | | | | | 1386 |
|---|---|---|---|---|---|
| Impact Ventures LLC DBA TNA Entertainment | | | | | |

AO1 Productions, Inc.                                      3/1/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/1/2016 | Bill | Installment #1 | 35,875.00 | 35,875.00 | | 35,875.00 |
| | | | | | Check Amount | 35,875.00 |



Operating Account - N    Installemt #1                                                      35,875.00

1386

Impact Ventures LLC DBA
TNA Entertainment
209 10th Avenue South, Suite 302
Nashville, TN 37203

SunTrust Bank
1026 17th Avenue South
Nashville, TN 37212
87-4/640

3/1/2016

PAY TO THE ORDER OF   AO1 Productions, Inc.          $ **35,875.00

Thirty-Five Thousand Eight Hundred Seventy-Five and 00/100************************************************  DOLLARS

AO1 Productions, Inc.
5172 Cold Harbor Road
Mechanicsville, VA 23111


AUTHORIZED SIGNATURE

MEMO   Installemt #1

⑈001386⑈ ⑆064000046⑆ 10000554994 5⑈

---

Impact Ventures LLC DBA   TNA Entertainment                                      1386

AO1 Productions, Inc.                                    3/1/2016
Date      Type   Reference         Original Amt.   Balance Due    Discount      Payment
3/1/2016  Bill   Installment #1    35,875.00       35,875.00                    35,875.00
                                                                 Check Amount   35,875.00



Operating Account - N   Installemt #1                                           35,875.00