```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683034560
Cashier ID: lbreeden
Transaction Date: 09/27/2016
Payer Name: McGUIRE WOODS
------------------------------------------
CIVIL FILING FEE
 For: McGUIRE WOODS
 Amount:         $400.00
------------------------------------------
CHECK
 Check/Money Order Num: 615069
 Amt Tendered: $400.00
------------------------------------------
Total Due:    $400.00
Total Tendered: $400.00
Change Amt:   $0.00

Case #3:16-CV-795
```