**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel 804.775.1000
Fax 804.775.1061
www.mcguirewoods.com

Stanley A. Roberts
Direct: 804.775.4759

**McGUIREWOODS**

sroberts@mcguirewoods.com
Fax: 804.698.2178

September 27, 2016

**BY HAND**



The Honorable Fernando Galindo
Clerk, United States District Court for
  the Eastern District of Virginia
Spottswood W. Robinson III and Robert R.
  Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

Re: *Audience of One Productions, LLC v. Impact Ventures, LLC f/k/a TNA Entertainment, LLC, Dean Broadhead, Ronald Dean Harris, and Aroluxe, LLC d/b/a Aroluxe Marketing*

Dear Mr. Galindo:

Enclosed for filing, please find the original Complaint and accompanying exhibits on behalf of Plaintiff Audience of One Productions, LLC. Also enclosed is a Civil Cover Sheet, a check in the amount of $400.00 for filing and administrative fees, Rule 7.1 Financial Interest Disclosure Statement, five copies of the Complaint and exhibits, and the original and two copies of each Summons to be served on the following:

> Impact Ventures, LLC f/k/a TNA Entertainment, LLC
> United States Corporation Agents, Inc.
> 3903 Volunteer Drive
> Suite 200
> Chattanooga, Tennessee 37416-3860
>
> Dean Broadhead
> 655 Watercolor Drive
> Sparta, Tennessee 38583-6688
>
> Ronald Dean Harris
> 2210 Falcon Creek Drive
> Franklin, Tennessee 37067-4098
>
> and

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

September 27, 2016
Page 2

        Aroluxe, LLC d/b/a Aroluxe Marketing
        5111 Maryland Way
        Suite 207
        Brentwood, Tennessee 37027-7513.

Please "file" stamp one of the Complaint copies for our records. When the Summonses have been sealed and issued, please call my paralegal Vicki Douglas at 804-775-1491 so that we can promptly arrange for them to be picked up.

Thank you very much for your assistance with this matter. If you have any questions, please call me at 804-775-4759.

        Regards,

        Stanley A. Roberts

/vmd
Enclosures