IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
SEP 27 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AUDIENCE OF ONE PRODUCTIONS, LLC,

*Plaintiff,*

v.  Case No. 3:16cv795

IMPACT VENTURES, LLC f/k/a TNA
ENTERTAINMENT, LLC, DEAN BROADHEAD,
RONALD DEAN HARRIS, AROLUXE, LLC d/b/a/
AROLUXE MARKETING,

*Defendants.*

### RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Audience of One Productions, LLC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: September 27, 2016      Respectfully submitted,

AUDIENCE OF ONE PRODUCTIONS, LLC

By Counsel

_____
Stanley A. Roberts (VSB No. 85111)
Alexandria E. Cuff (VSB No. 83785)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
sroberts@mcguirewoods.com
acuff@mcguirewoods.com

*Counsel for Plaintiff Audience of One Productions, LLC*