# EXHIBIT 1

| | |
|---|---|
| From: | Tim Morin <Tim.Morin@ao1productions.com> |
| Sent: | Monday, October 12, 2015 4:53 PM |
| To: | Mike Ball; Paige Hannan |
| Subject: | Fwd: Invoice 1030 from Theresa Harper |

Tim *Morin*

Audience of One , LLC



**804.789.0792**
**804.277.8214**
Cell: **703.774.**▓
Tim.Morin@ao1productions.com
www.ao1product=ons.com

**Mai=ing Address:**
PO Box 930
Mechanicsville, VA 23111=/span>

**Phy=ical Address:**
4348 Fox Hunter Lane
Mechanicsville, VA 23111=/span>

CON=IDENTIALITY NOTICE
This electronic message, including any attachments may conta=n privileged confidential information intended solely for a specific individual or entity and purpose as stated above and=ay be protected by law. Access by anyone else is unauthorized. If you are=ot the intended recipient please destroy this message immediately and kin=ly notify the sender that you have received this message in error by reply email. Any disclosure, copying, di=tribution of this message, or the taking of any action based on it, by any=nintended recipient is strictly prohibited and may be unlawful. Any opini=ns, conclusions and other information in this message that do not relate to the official business of Audience of=ne Productions (AO1) are those of the sender and shall be understood as n=ither given nor endorsed by the company. AO1 thanks you for your cooperati=n.

Begin forwarded message:

> From: Don Harris <don@aro=uxe.com>
> Date: October 12, 2015 at 4:18:34 PM EDT
> To: Tim Morin <Ti=.Morin@ao1productions.com>, Bob Ryder <bryder@tnawrestling.com>
> Subject: Fwd: Invoice 1030 from Theresa Harper

1

**Don Harris**
**615-525-=076**
don@aroluxe.com

---------- Forwarded message ----------
From: Theresa Harper &l=;<u>quickbooks-email@intuit.co</u>=>
Date: Tue, Oct 6, 2015 at 11:16 AM
Subject: Invoice 1030 from Theresa Harper
To: <u>don@aroluxe.com</u>, <u>ron@aroluxe.com</u>

# Theresa Harper

| INVOICE | DUE DATE | BALANCE DUE |
|---------|----------|-------------|
| 1030 | 11/05/2015 | $1,960.00 |



© Intuit, Inc. All rights reserved.. <= href="http://smallbusiness.intuit.com/small-business/privacy/index.jsp"=tyle="text-decoration:none;color:#365ebf" target="_blank">Priva.y=

2