# EXHIBIT 6

▮▮▮▮▮▮▮▮

**From:**     Ron Harris <rharris@tnawrestling.com>
**Sent:**     Monday, December 14, 2015 8:12 PM
**To:**       Tim Morin
**Cc:**       Don Harris; Dean Broadhead
**Subject:**  Re: BFG Invoice

Jeff,
  I will forward that along to Dean,thanks.

Sent from my iPhone

On Dec 14, 2015, at 6:56 PM, Tim Morin <Tim.Morin@ao1productions.com> wrote:

> **From:** Jeff Wade <Jeff.Wade@ao1productions.com>
> **Date:** December 14, 2015 at 7:40:19 PM EST
> **To:** Tim Morin <Tim.Morin@ao1productions.com>
> **Cc:** Paige Hannan <Paige.Hannan@ao1productions.com>
> **Subject: Re: BFG Invoice**
>
> Ron ,
> This is Jeff Wade.
>
> I have reached out to Dean for conversation concerning payment for this show.
> From this point forward I would appreciate that Dean contact me concerning
> payment.
>
> Since he won't return my voicemail maybe you could ask him to call me.
>
> Thank you.
>
> Jeff Wade
> CEO
> AO1 Productions
> LLC
> 804-677-▮▮▮
>
> On Dec 14, 2015, at 7:34 PM, Tim Morin <Tim.Morin@ao1productions.com>
> wrote:
>
>> Tim Morin
>>
>> Audience of One Productions, LLC

1



Office: 804.313.6013

Fax: 804.277.8214

Cell: 703.774.█████

Tim.Morin@ao1productions.com

www.ao1productions.com


Mailing Address:

PO Box 930

Mechanicsville, VA 23111


Physical Address:

4348 Fox Hunter Lane

Mechanicsville, VA 23111


CONFIDENTIALITY NOTICE

This electronic message, including any attachments may contain privileged confidential information intended solely for a specific individual or entity and purpose as stated above and may be protected by law. Access by anyone else is unauthorized. If you are not the intended recipient please destroy this message immediately and kindly notify the sender that you have received this message in error by reply email. Any disclosure, copying, distribution of this message, or the taking of any action based on it, by any unintended recipient is strictly prohibited and may be unlawful. Any opinions, conclusions and other information in this message that do not relate to the official business of Audience of One Productions (AO1) are those of the sender and shall be understood as neither given nor endorsed by the company. AO1 thanks you for your cooperation.

Begin forwarded message:

> **From:** Ron Harris <rharris@tnawrestling.com>
> **Date:** December 14, 2015 at 6:52:07 PM EST
> **To:** Tim Morin
> <Tim.Morin@ao1productions.com>, Don Harris
> <dharris@tnawrestling.com>, Dean Broadhead
> <dbroadhead@tnawrestling.com>
> **Subject: Re: BFG Invoice**
>
> Tim,
>
> I understand where you are coming from, but this invoice is not 90 days past due. The date on the show was October 4th. That was 70 days ago, with a 30 day net, leaving it at 40 days. I get reminders daily that the crew has not been paid from AO1. So we have to go through the invoice and look at what is outstanding and understand why TNA should pay an additional mark up for a service that will not get paid until AO1 is paid in full. Also, this is a 1 off and falls outside the scope of the Universal contract. We have to look at the itemized budget to see what we are being billed. To touch on crew, the TNA crew was what made that event happen. The company you subbed out for the show was not qualified to pull off that type of event. We were understaffed and under qualified for that production. I also do not agree that AO1 has chosen not to pay the crew. These gentleman did work for AO1 …just my personal thoughts. We will get back with you after we review the actual costs. Thanks.
>
>
> From: Tim Morin
> <Tim.Morin@ao1productions.com>
> Date: Monday, December 14, 2015 at 2:32 PM
> To: Don Harris <dharris@tnawrestling.com>, Dean Broadhead <dbroadhead@tnawrestling.com>
> Cc: Don Harris <rharris@tnawrestling.com>
> Subject: Re: BFG Invoice
>
> Gentlemen,
>
> The invoice is lower than the original quote sent to you on 9/22. We lowered the amount of LED and a follow up email was sent stating the cost was still north of your desired budget. My request for budget numbers at the beginning of the process on 8/24 went unanswered.

3

As the show has already happened and the invoice in close to 90 days past due the time for approval should be minimal.

I have always been available and willing to work within your budget and stated that on many occasions yet the design and crew were not dictated by AO1. Having the same design and same crew members for the event while having those crew members bring in their own hand picked labor and  expecting the budget to lower significantly is unrealistic.

I am more than happy to go through any questions Dean has on the invoice.

Tim Morin


Audience of One Productions, LLC




Office: 804.313.6011 Ext 1002

DID: 804.313.6013
Cell: 703.774.███
tim.morin@ao1productions.com
www.ao1productions.com


From: Don Harris <dharris@tnawrestling.com>
Date: Monday, December 14, 2015 at 2:25 PM
To: Tim Morin <tim.morin@ao1productions.com>
Cc: Ron Harris <rharris@tnawrestling.com>
Subject: BFG Invoice

Tim-

Dean just sent over the invoice for us to review before approval…we'll get back to you as soon as we go through it. THX

Don Harris
TNA Entertainment
615.983.5230 office
615.525.███ cell


This electronic message transmission,
which includes this e-mail message and
any
attachments, is confidential, for the
sole use of the intended recipient(s) and
may contain privileged information or
work product. If you are not the intended
recipient, be aware that any review,
disclosure, copying, distribution or use
of
the contents of this electronic
transmission is prohibited. If you have
received
this electronic transmission in error,
please immediately contact the sender by
reply e-mail, destroy all hard copies of
the original message and attachments and
delete same from your system. Because e-
mail can be altered electronically, the
integrity of this communication cannot be
guaranteed. Thank you.
This electronic message transmission,
which includes this e-mail message and
any
attachments, is confidential, for the
sole use of the intended recipient(s) and
may contain privileged information or
work product. If you are not the intended
recipient, be aware that any review,
disclosure, copying, distribution or use
of
the contents of this electronic
transmission is prohibited. If you have
received
this electronic transmission in error,
please immediately contact the sender by
reply e-mail, destroy all hard copies of
the original message and attachments and
delete same from your system. Because e-
mail can be altered electronically, the
integrity of this communication cannot be
guaranteed. Thank you.



<E5A948DA-5197-4B4D-B891-7470643683D3[2].png>

<E5A948DA-5197-4B4D-B891-7470643683D3[2].png>


This electronic message transmission, which includes this e-mail message and any

attachments, is confidential, for the sole use of the intended recipient(s) and may contain privileged information or work product. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this electronic transmission is prohibited. If you have received this electronic transmission in error, please immediately contact the sender by reply e-mail, destroy all hard copies of the original message and attachments and delete same from your system. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed. Thank you.