# EXHIBIT 10

| | |
|---|---|
| **From:** | Ron Harris <rharris@tnawrestling.com> |
| **Sent:** | Monday, August 31, 2015 10:29 AM |
| **To:** | Tim Morin; Don Harris; keithmitchellptc@      DAVID SAHADI |
| **Cc:** | Mike Ball; Chris Muldoon; Dean Broadhead |
| **Subject:** | RE: Crew Members |

Yes, I will have him call today for travel needs, but please confirm him... He is on another job today.


Ron Harris
TNA Entertainment
615.983.5234 office
615.423.     cell


-------- Original message --------
From: Tim Morin <Tim.Morin@ao1productions.com>
Date: 8/31/2015 9:21 AM (GMT-06:00)
To: Ron Harris <rharris@tnawrestling.com>, Don Harris <dharris@tnawrestling.com>, keithmitchellptc@      DAVID SAHADI <davidsahadi@
Cc: Mike Ball <Mike.Ball@ao1productions.com>, Chris Muldoon <Chris.Muldoon@ao1productions.com>, Dean Broadhead <dbroadhead@tnawrestling.com>
Subject: Re: Crew Members

Understand.

I still need to hear from him to confirm, dates, flight info, Hotel info. Before I mark him as 100% confirmed.

Tim Morin



Audience of One Productions, LLC



Office: 804.313.6011 Ext 1002

DID: 804.313.6013
Cell: 703.774.
tim.morin@ao1productions.com
www.ao1productions.com

1

From: Ron Harris <rharris@tnawrestling.com>
Date: Monday, August 31, 2015 at 10:19 AM
To: Tim Morin <tim.morin@ao1productions.com>, Don Harris <dharris@tnawrestling.com>, "keithmitchellptc@▮▮▮▮▮ <keithmitchellptc@▮▮▮▮▮ DAVID SAHADI <davidsahadi@▮▮▮▮▮
Cc: Mike Ball <Mike.Ball@ao1productions.com>, Chris Muldoon <Chris.Muldoon@ao1productions.com>, Dean Broadhead <dbroadhead@tnawrestling.com>
Subject: RE: Crew Members

Matt is 100% confirmed for the show.


Ron Harris
TNA Entertainment
615.983.5234 office
615.423.▮▮▮▮ cell


-------- Original message --------
From: Tim Morin <Tim.Morin@ao1productions.com>
Date: 8/31/2015 8:58 AM (GMT-06:00)
To: Don Harris <dharris@tnawrestling.com>, Ron Harris <rharris@tnawrestling.com>, keithmitchellptc@▮▮▮▮▮ DAVID SAHADI <davidsahadi@▮▮▮▮▮
Cc: Mike Ball <Mike.Ball@ao1productions.com>, Chris Muldoon <Chris.Muldoon@ao1productions.com>, Dean Broadhead <dbroadhead@tnawrestling.com>
Subject: Crew Members

Gentlemen

As of this morning I still have not heard from the following to confirm them for BFG. We have left numerous voicemails on the numbers listed on their invoices that were submitted with no return. By the COB today if I have not received any communications from the following they will be replaced on the GFG Event.

The can reach out to Chris Muldoon @ 804-572-▮▮▮▮.

I have been told that Matt Mitchell is a go but have yet to hear from him to confirm 100% so he is on this list for now.

Chris Byrum – HH Camera
Devon Egleston – HH Camera
Mike Licata – Grip

Look forward to hearing from them by the end of business today.

Thank you.

Tim Morin

Audience of One Productions, LLC



Office: 804.313.6011 Ext 1002

DID: 804.313.6013
Cell: 703.774.
tim.morin@ao1productions.com
www.ao1productions.com

This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.


This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.