# EXHIBIT 11

| | |
|---|---|
| **From:** | Ron Harris <rharris@tnawrestling.com> |
| **Sent:** | Tuesday, September 01, 2015 9:12 AM |
| **To:** | Mike Ball; Tim Morin; Bob Ryder |
| **Cc:** | Don Harris |
| **Subject:** | RE: Fall PPV - Travel and Hotel - Revised 9.1 |

We seem to have a lot of non response to voice mail.  This is unusual for independent contractors. We might need to send emails as well. I will call everyone today regarding this moving forward, thanks.


Ron Harris
TNA Entertainment
615.983.5234 office
615.423.▮▮▮ cell


-------- Original message --------
From: Mike Ball <Mike.Ball@ao1productions.com>
Date: 9/1/2015 7:57 AM (GMT-06:00)
To: Tim Morin <Tim.Morin@ao1productions.com>, Bob Ryder <bryder@tnawrestling.com>
Cc: Ron Harris <rharris@tnawrestling.com>, Don Harris <dharris@tnawrestling.com>
Subject: Re: Fall PPV - Travel and Hotel - Revised 9.1

Hi Bob,

Thank you for sending me the flights for:

Joseph Allegro
Christopher Dispensa
Matthew Mitchell
Brian Muster
Mitchell Routon
Charles Walls

I have entered their info into my revised travel master.

Names that I don't have info for, I have changed to RED.

Updates:

Seth Madway has not replied to our voicemail messages. We are looking for a replacement.

Shane Smith - I thought he had booked his own flights, but he only sent me his preferred flights. So he still needs to be booked.

New Names:

Dave Bielous

1

Ryan Jevic

Shawn Torge

They are regulars, so I am hoping that you have all the information that you need for them.

Please let me know if you need additional info for anyone.

Thank You!

This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.