# EXHIBIT 12

**From:** Ron Harris <rharris@tnawrestling.com>
**Sent:** Tuesday, September 29, 2015 12:14 PM
**To:** Dean Broadhead
**Cc:** Tim Morin; Don

Hey Dean, we are looking at taking out 2 video walls and cancelling the jib..to lower budgett. Just a heads up..


Ron Harris
TNA Entertainment
615.983.5234 office
615.423.▮▮▮▮ cell

This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.