# EXHIBIT 13

**From:** Ron Harris <rharris@tnawrestling.com>
**Sent:** Friday, December 11, 2015 3:54 PM
**To:** Tim Morin
**Cc:** Ron Harris; Dean Broadhead
**Subject:** Bethlehem/BFG

Hey Tim,
 We should have the final set design from Gregg by Monday. Also, could you please give us an itemized breakdown of all cost for BFG by Dept. Example…labor/venue…60,844, pre-roll & carps..19,250, please break down to position, pay and hours. Reimbursable expense item…15,295..we need a breakdown of what that is. In closing, we need an itemized invoice before we can get this paid. Thanks and I will call you Monday after we speak with Gregg.

This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.