# EXHIBIT 14

**From:** Ron Harris <rharris@tnawrestling.com>
**Sent:** Monday, December 14, 2015 6:52 PM
**To:** Tim Morin; Don Harris; Dean Broadhead
**Subject:** Re: BFG Invoice

Tim,
 I understand where you are coming from, but this invoice is not 90 days past due. The date on the show was October 4th. That was 70 days ago, with a 30 day net, leaving it at 40 days. I get reminders daily that the crew has not been paid from AO1. So we have to go through the invoice and look at what is outstanding and understand why TNA should pay an additional mark up for a service that will not get paid until AO1 is paid in full. Also, this is a 1 off and falls outside the scope of the Universal contract. We have to look at the itemized budget to see what we are being billed. To touch on crew, the TNA crew was what made that event happen. The company you subbed out for the show was not qualified to pull off that type of event. We were understaffed and under qualified for that production. I also do not agree that AO1 has chosen not to pay the crew. These gentleman did work for AO1 …just my personal thoughts. We will get back with you after we review the actual costs. Thanks.

**From:** Tim Morin <Tim.Morin@ao1productions.com>
**Date:** Monday, December 14, 2015 at 2:32 PM
**To:** Don Harris <dharris@tnawrestling.com>, Dean Broadhead <dbroadhead@tnawrestling.com>
**Cc:** Don Harris <rharris@tnawrestling.com>
**Subject:** Re: BFG Invoice

Gentlemen,

The invoice is lower than the original quote sent to you on 9/22. We lowered the amount of LED and a follow up email was sent stating the cost was still north of your desired budget. My request for budget numbers at the beginning of the process on 8/24 went unanswered.

As the show has already happened and the invoice in close to 90 days past due the time for approval should be minimal.

I have always been available and willing to work within your budget and stated that on many occasions yet the design and crew were not dictated by AO1. Having the same design and same crew members for the event while having those crew members bring in their own hand picked labor and  expecting the budget to lower significantly is unrealistic.

I am more than happy to go through any questions Dean has on the invoice.

Tim Morin


Audience of One Productions, LLC



Office: 804.313.6011 Ext 1002

1

DID: 804.313.6013
Cell: 703.774.▓▓▓
t[im.morin@ao1productions.com](mailto:im.morin@ao1productions.com)
[www.ao1productions.com](http://www.ao1productions.com)


From: Don Harris <[dharris@tnawrestling.com](mailto:dharris@tnawrestling.com)>
Date: Monday, December 14, 2015 at 2:25 PM
To: Tim Morin <[tim.morin@ao1productions.com](mailto:tim.morin@ao1productions.com)>
Cc: Ron Harris <[rharris@tnawrestling.com](mailto:rharris@tnawrestling.com)>
Subject: BFG Invoice

Tim-

Dean just sent over the invoice for us to review before approval…we'll get back to you as soon as we go through it. THX


Don Harris
TNA Entertainment
615.983.5230 office
615.525.▓▓▓ cell

This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.


This electronic message transmission, which includes this e-mail message and any
attachments, is confidential, for the sole use of the intended recipient(s) and
may contain privileged information or work product. If you are not the intended
recipient, be aware that any review, disclosure, copying, distribution or use of
the contents of this electronic transmission is prohibited. If you have received
this electronic transmission in error, please immediately contact the sender by
reply e-mail, destroy all hard copies of the original message and attachments and
delete same from your system. Because e-mail can be altered electronically, the
integrity of this communication cannot be guaranteed. Thank you.