IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AUDIENCE OF ONE PRODUCTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IMPACT VENTURES, LLC, f/k/a TNA ) <br> ENTERTAINMENT, LLC, *et. al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:16CV795–HEH |

## ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 34) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to Defendants RONALD DEAN HARRIS and AROLUXE, LLC, d/b/a AROLUXE MARKETING. Each party shall bear its own attorneys' fees and costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Henry E. Hudson
　　　　　　　　　　　　　　　　　United States District Judge

Date: Feb. 7, 2017
Richmond, VA