IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AUDIENCE OF ONE PRODUCTIONS, LLC,

    *Plaintiff*,

v.                                                   Case No. 3:16-cv-00795

IMPACT VENTURES, LLC f/k/a
TNA ENTERTAINMENT, LLC,

DEAN BROADHEAD,

RONALD DEAN HARRIS,

AROLUXE, LLC d/b/a
AROLUXE MARKETING,

    *Defendants*.

## DECLARATION OF IMPACT VENTURES, LLC

I, Edwin Nordholm, member of the Board of Managers of Impact Ventures, LLC ("TNA"), pursuant to 28 U.S.C. §1746, declare under penalty of perjury on this 13th day of April 2017, that I have personal knowledge that the following matters are true and correct:

1.     My name is Edwin Nordholm, I am a member of the Board of Managers of TNA and I am over eighteen years of age.

2.     The current members of TNA are Dixie Carter, an individual domiciled in Tennessee; Aroluxe, LLC, a Tennessee limited liability company; and Fight Media Group, Inc., a Delaware corporation.

*/s/ Edwin Nordholm*
Edwin Nordholm
Member of the Board of Managers of
Impact Ventures, LLC

State of **New York** )
City/County of **New York** )

The foregoing instrument was subscribed, sworn to, and acknowledged before me this **13** day of April, 2017, by Edwin Nordholm.

_____
Notary Public

My commission expires: **8/8/2020**

ESTEFANIA RODRIGUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6346355
Qualified In New York County
My Commission Expires 08-08-2020

2