**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| AUDIENCE OF ONE PRODUCTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-795-HEH |
| | ) | |
| IMPACT VENTURES, LLC f/k/a TNA ENTERTAINMENT, LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR CONSENT JUDGMENT**

Plaintiff Audience of One Productions, LLC, having filed its Complaint on September 27, 2016, and Defendants Impact Ventures, LLC f/k/a TNA Entertainment, LLC and Dean Broadhead, having answered AO1's Complaint on November 3, 2016, by their respective attorneys, respectfully move the Court for entry of the Final Consent Judgment in the proposed form attached as Exhibit 1.

Respectfully submitted,

AUDIENCE OF ONE PRODUCTIONS, LLC

By:    /s/ Stanley A. Roberts
      Brian C. Riopelle (VSB No. 36454)
      Stanley A. Roberts (VSB No. 85111)
      Alexandria E. Cuff (VSB No. 83785)
      MCGUIREWOODS LLP
      Gateway Plaza
      800 East Canal Street
      Richmond, Virginia  23219
      Telephone:  (804) 775-1000
      Facsimile: (804) 775-1061
      briopelle@mcguirewoods.com
      sroberts@mcguirewoods.com

acuff@mcguirewoods.com

*Counsel for Plaintiff Audience of One
Productions, LLC*

SEEN AND AGREED:

IMPACT VENTURES f/k/a TNA ENTERTAINMENT, LLC and
DEAN BROADHEAD


By: ____/s/ Jonathan M. Sumrell (*w/ permission*)____
     Jonathan M. Sumrell, Esq. (VSB #79123)
     Kimberly W. Daniel, Esq. (VSB #35616)
     HANCOCK, DANIEL, JOHNSON AND NAGLE, P.C.
     4701 Cox Road, Suite 400
     Glen Allen, Virginia 23060
     Telephone: (804) 967-9604
     Facsimile: (804) 967-9888
     jsumrell@hdjn.com
     kdaniel@hdjn.com

     Mark M. Bell, Esq. (*pro hac vice*)
     WALLER LANSDEN DORTCH & DAVIS, LLP
     511 Union Street, Suite 2700
     Nashville, Tennessee 37219
     Telephone: (615) 244-6380
     Facsimile: (615) 244-6804
     mark.bell@wallerlaw.com

     *Counsel for Defendants Impact Ventures f/k/a
     TNA Entertainment, LLC and Dean Broadhead*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Stanley A. Roberts
Stanley A. Roberts (VSB No. 85111)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
Telephone:  (804) 775-1000
Facsimile: (804) 775-1061
sroberts@mcguirewoods.com
*Counsel for Plaintiff Audience of One Productions, LLC*