**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| AUDIENCE OF ONE PRODUCTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-795-HEH |
| IMPACT VENTURES, LLC f/k/a TNA ENTERTAINMENT, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff Audience of One Productions, LLC ("AO1"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the Memorandum of Understanding Regarding Settlement executed by the parties on April 5, 2017, hereby stipulates to the DISMISSAL, WITH PREJUDICE, of all claims against Defendant DEAN BROADHEAD in this action. AO1 further stipulates to the DISMISSAL, WITH PREJUDICE of Count Four of the Complaint against Defendant IMPACT VENTURES, LLC f/k/a TNA ENTERTAINMENT, LLC.

    Respectfully submitted,

    AUDIENCE OF ONE PRODUCTIONS, LLC

    By:  /s/ Stanley A. Roberts
        Brian C. Riopelle (VSB No. 36454)
        Stanley A. Roberts (VSB No. 85111)
        Alexandria E. Cuff (VSB No. 83785)
        MCGUIREWOODS LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia  23219
        Telephone:  (804) 775-1000
        Facsimile: (804) 775-1061
        briopelle@mcguirewoods.com
        sroberts@mcguirewoods.com

acuff@mcguirewoods.com

*Counsel for Plaintiff Audience of One Productions, LLC*

SEEN AND AGREED:

IMPACT VENTURES f/k/a TNA ENTERTAINMENT, LLC and
DEAN BROADHEAD


By:    /s/ Jonathan M. Sumrell (*w/ permission*)
    Jonathan M. Sumrell, Esq. (VSB #79123)
    Kimberly W. Daniel, Esq. (VSB #35616)
    HANCOCK, DANIEL, JOHNSON AND NAGLE, P.C.
    4701 Cox Road, Suite 400
    Glen Allen, Virginia 23060
    Telephone: (804) 967-9604
    Facsimile: (804) 967-9888
    jsumrell@hdjn.com
    kdaniel@hdjn.com

    Mark M. Bell, Esq. (*pro hac vice*)
    WALLER LANSDEN DORTCH & DAVIS, LLP
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219
    Telephone: (615) 244-6380
    Facsimile: (615) 244-6804
    mark.bell@wallerlaw.com

    *Counsel for Defendants Impact Ventures f/k/a TNA Entertainment, LLC and Dean Broadhead*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              /s/ Stanley A. Roberts
                              Stanley A. Roberts (VSB No. 85111)
                              MCGUIREWOODS LLP
                              Gateway Plaza
                              800 East Canal Street
                              Richmond, Virginia 23219
                              Telephone: (804) 775-1000
                              Facsimile: (804) 775-1061
                              sroberts@mcguirewoods.com
                              *Counsel for Plaintiff Audience of One Productions, LLC*