IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AUDIENCE OF ONE PRODUCTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IMPACT VENTURES, LLC f/k/a TNA ) <br> ENTERTAINMENT, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:16-cv-795-HEH |

## FINAL CONSENT JUDGMENT

Plaintiff Audience of One Productions, LLC, having filed its Complaint on September 27, 2016, and Defendants Impact Ventures, LLC f/k/a TNA Entertainment, LLC ("TNA") and Dean Broadhead ("Broadhead," together with TNA, the "Defendants"), having answered AO1's Complaint on November 3, 2016, by their respective attorneys, consent to the entry of this Final Consent Judgment;

NOW, therefore, it is hereby ORDERED, ADJUDGED AND DECREED:

This Court has jurisdiction over the subject matter and each of the parties to this action.

As to the merits of AO1's breach of contract claim, which is resolved by this Final Consent Judgment, TNA admits (i) the Repayment Agreement is a valid and enforceable contract; (ii) TNA breached its obligations under the Repayment Agreement; (iii) because TNA has not paid its payment obligations when due under the Repayment Agreement, the remaining unpaid principal balance and any accrued interest is immediately due; and (iv) the Repayment Agreement calls for payment of costs of collection, including reasonable attorneys' fees in the event that a payment obligation is not met.

Based on these admissions, and pursuant to the terms of the Memorandum of Understanding Regarding Settlement executed by the parties on April 5, 2017, TNA consents to judgment being entered against it on Count One of the Complaint (breach of contract) in the sum of Three Hundred Thirty-Six Thousand, Six Hundred and Two Dollars ($336,602.00). This sum reflects the amount due and owing under the Repayment Agreement, as well as all late fees, accrued interest, and collection costs (including reasonable attorneys' fees), as of March 24, 2017. Late fees and interest shall not continue to accrue after March 24, 2017.

Pursuant to the terms of the Stipulation of Dismissal filed on April 14, 2017, all counts against the Defendants not resolved by this judgment shall be dismissed with prejudice.

This Court shall have continuing jurisdiction over this matter for the resolution of any disputes arising out of or relating to the Memorandum of Understanding Regarding Settlement or this Final Consent Judgment.

IT IS SO ORDERED.

Dated: April 17, 2017

/s/
United States District Judge Henry E. Hudson