IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AUDIENCE OF ONE PRODUCTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IMPACT VENTURES, LLC f/k/a )<br>TNA ENTERTAINMENT, LLC, and )<br>DEAN BROADHEAD, )<br>)<br>Defendants. ) | Civil Action No.: 3:16CV795–HEH |

## FINAL ORDER

THIS MATTER is before the Court on an agreed upon Stipulation of Dismissal (ECF No. 54) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Memorandum of Understanding Regarding Settlement executed by the parties on April 5, 2017. It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to Defendant Dean Broadhead. It is FUTHER ORDERED that Count Four of the Complaint against Defendant Impact Ventures, LLC f/k/a TNA Entertainment, LLC, is also DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                           /s/
                                                     Henry E. Hudson
                                                     United States District Judge

Date: April 17, 2017
Richmond, VA